SCPW-13-0004663

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

FELIX DACANAY AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF ROGER ROXAS and THE GOLDEN BUDHA CORPORATION,
a foreign corporation, Petitioners,

vs.

HONORABLE KARL K. SAKAMOTO, JUDGE OF THE CIRCUIT COURT OF THE
FIRST CIRCUIT, Respondent Judge,

and

CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I
and IMELDA MARCOS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF
FERDINAND E. MARCOS and IMELDA MARCOS, INDIVIDUALLY, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 88-0522-02)

ORDER DENYING WITHOUT PREJUDICE PETITION FOR
WRITS OF MANDAMUS OR PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners Felix Dacanay, as personal representative of the Estate of Roger Roxas, and The Golden Budha Corporation's petition for writs of mandamus or prohibition, filed on October 29, 2013, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioners have failed to demonstrate that they do

not have alternative means of seeking the requested relief.
Accordingly,

IT IS HEREBY ORDERED that the petition for writs of
mandamus or prohibition is denied without prejudice.

DATED: Honolulu, Hawaiʻi, May 1, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

